UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY STEVENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS MOBILITY, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-01065 TLN AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this case in pro se. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to file his first amended complaint. ECF No. 4. Plaintiff indicates he is working on his first amended complaint but needs more time to complete it. Id.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint by July 3, 2018.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: June 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE